UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10234 MWF (MRW) | Date | August 20, 2012 |
|---|---|---|---|
| Title | Santillan v. Astrue | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS)   ORDER TO SHOW CAUSE

This is an appeal from an adverse Social Security benefits decision. In mid-May 2012, the government filed its answer to the complaint and the administrative record regarding the case. (Docket # 12, 13.) Under the Court's case management order, that triggered Plaintiff's obligation to provide her portion of the parties' joint stipulation of the case to the government.

In July 2012, Plaintiff moved for an extension of time regarding the preparation of her portion of the joint stipulation. (Docket # 14.) Her one-sentence application cryptically requested the extension because "Plaintiff never received the report from the Judge." The motion made no specific time request, and was not supported or accompanied by any declaration or proposed order. Additionally, as the clerk noted in a deficiency notice, Plaintiff failed to use the correct case number to reflect the transfer of the action from Judge Nguyen to Judge Fitzgerald. (Docket # 16.) To date, Plaintiff has not refiled the application as instructed.

Plaintiff's counsel is an experienced Social Security litigator in this Court. There is no reason why she cannot file an adequate extension request or respond to a basic notice from the clerk. Therefore, it is ORDERED that Plaintiff must show cause why the action should not be dismissed and/or counsel be sanctioned for failure to prosecute the action under Federal Rules of Civil Procedure 11 and 41. Plaintiff's counsel may discharge this order by submitting a declaration (not to exceed 3 pages) by or before <u>September 4, 2012</u>, explaining the status of the action and the reason for her failure to respond to the clerk's notice. Plaintiff will also resubmit the extension request in valid format for the Court's consideration.