UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE M. SANTILLAN, | ) Case No. CV 11-10234 MWF (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing this action, without prejudice,

IT IS ADJUDGED that Judgment is hereby entered in favor of Defendant.

DATE: March 7, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE